# ELH-13-0342
# Exhibit 7

# Harford County Task Force

| | | |
|---|---|---|
| (410) 836-7788 TIP LINE | Aberdeen Police Department | (410) 836-5651 FAX |
| (410) 836-9999 | Bel Air Police Department | (410) 836-0345 |
| (410) 879-9601 | Havre de Grace Police Department | (410) 879-0280 |
| | Harford County Sheriff's Office | |
| | Harford County State's Attorney | |
| | Maryland State Police | |

## CONFIDENTIAL MEMORANDUM

May 7th – May 13th, 2013

**RE: 443-545-4592**

On May 6th, 2013, your affiants obtained a court order signed by the Honorable Judge Angela Eaves, Judge of the Circuit Court of Maryland for Harford County, to intercept conversations over telephone line 443-545-4592. Actual interceptions of these communications began on May 7th, 2013.

The investigation as to date has shown progress. Listed below, your affiants Penman, Gregory, and Miranda will go into detail concerning selected pertinent phone calls for telephone line **443-545-4592**, and progress made during the investigation.

**443-545-4592**

On May 7th, 2013 at approximately 1813 hours, your affiants intercepted **call #008**, a phone conversation between the target Lyndon Miller and a female later identified as Nancy Akers who was utilizing telephone number 443-866-3851. During the conversation, Miller told Akers that he was just checking in on her and that he planned on seeing her the next day. Akers replied that if she can get rid of what she needed to tonight that she would want to meet Miller early the next morning. Later that evening, at approximately 2046 hours, your affiants intercepted **call #015**, a text message from Akers to Miller which stated, "I am out can u come see me please."

Your affiants recognize these conversations, and subsequent pertinent conversations between Miller and Akers, to mean that Miller is supplying Akers with an amount of CDS and that Akers contacts Miller when she is out of CDS and needs a resupply.

On May 9th, 2013 at approximately 1147 hours, your affiants intercepted **call #034**, a phone conversation between the target Lyndon Miller and a female later identified as Cresta Sparks utilizing telephone number 443-616-1089. During the conversation, Spinks asked Miller, "Can I talk on the phone real quick?", Miller replied that she needed to use "proper English". Spinks pleaded with Miller that if she was able to give him the "payment thing" if he would be able to give her the "bigger one". Spinks continued to say that she would be able to make a payment on Saturday. Miller told her that he would see what he could do and arranged to meet later in the day.

Surveillance was sent to personally observe the deal. At approximately 1600 hours, surveillance members observed Miller drive directly to 1410 Willow Oak Road, Edgewood, Maryland 21040, the known residence of Cresta Spinks. At this time, your affiants intercepted **call #040** in which Miller told Spinks he was there and to come out. Your affiants believe that Spinks owes Miller money and that during this conversation, she is pleading with Miller to give her a larger quantity of CDS despite her being in the rears to him.

Based on the investigation thus far, your affiants believe that Miller is a distributor of cocaine as well as a distributor of heroin. Your affiants have learned that Miller utilizes vague comments and coded conversation when speaking of his drug distribution network. Your affiants have learned that Miller is supplying multiple sources with cocaine in the Harford County area with an additional source in Lower Pennsylvania. Additionally, your affiants have discovered that Miller has utilized family members to transport money to Jamaica to further establish his drug distribution empire.

At this time, your affiants know that the cellular telephone line 443-545-4592 is being utilized by **Lyndon Facisco Miller** to conduct and promote this illegal drug organization. At this point in the investigation, not all of the goals have been reached and your affiants believe that it is necessary to continue monitoring this cellular telephone line to fully reach the original goals set forth in the Application and Affidavit.

On _____May 14_____, 2013 at _7:25 pm_ hours, your affiants, Detective Aaron Penman, Detective Gregory, and Detective Neil Miranda reported the progress made under investigation **201300068247**, for the below listed telephone number. Your affiants reviewed with and made available to the Honorable Angela Eaves, Judge of the Circuit Court for Harford County, Maryland, call synopsis and telephone logs from the following telephone number:

**443-545-4592**

From call number **1** to **121** having **121** activations with **96** completed calls and **38** pertinent calls.

Upon reviewing the above telephone logs, call synopsis, and progress of this investigation with the affiants, I, the Honorable Angela Eaves, Judge of the Circuit Court in and for Harford County, State of Maryland, authorize the continued interception for the above listed telephonic number.

_Angela M. Eaves_
Judge

2