# BALAREZO LAW

400 FIFTH STREET, NW
SUITE 300
WASHINGTON, DC  20001

A. EDUARDO BALAREZO, ESQ.
ADMITTED IN NY, DC & MD
AEB@BALAREZOLAW.COM

(202) 639-0999 (TEL)
(202) 639-0899 (FAX)

WWW.BALAREZOLAW.COM

June 16, 2014

Honorable Ellen L. Hollander
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, MD  21201

      Re:    *United States v. Lyndon Miller*
              Criminal No.:  13-0342(ELH)

Dear Judge Hollander:

      As the Court is aware, Mr. Miller recently retained attorney Harry Tun and me to represent him in this matter.  I entered my appearance on June 9 and Mr. Tun did so on June 13.  We received the file and discovery from predecessor counsel on June 13.  Considering that Mr. Tun is in trial in Washington, DC for the next several days and I am out of the jurisdiction on June 17 and possibly June 18, we cannot be prepared to go forward on the Motions date of June 18.  Additionally, given other professional and personal obligations, we will not be able to go forward on the scheduled trial date.

      I have discussed this matter with counsel for the Government, Christopher Romano, and Mr. Romano has informed the defense that the government objects to a continuance of the Motions hearing, in part because neither he nor the case agent will be available for several weeks in July prior to the scheduled trial.  The government may be amenable to a continuance of trial.

       The defense respectfully requests that the Court schedule a conference call with counsel to discuss these issues. Mr. Miller consents to a tolling of the Speedy Trial Act in order to allow counsel the reasonable time for effective preparation. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

                                                     Very truly yours,

                                                     A. Eduardo Balarezo

cc:      Christopher Romano, AUSA

                                                     **Seen and Approved**,

                                                     Ellen L. Hollander
                                                     United States District Judge