| Harford County Task Force Canine Deployment Report | 1. IR No: 201300068247 | 2. Related IR No: N/A | 3. Page 1 of 1 |
|---|---|---|---|
| 4. Type of Drug Sniff: Vehicle | 5. Case Investigator: Detective Aaron Penman #579 | | 6. Investigating Agency: Harford County Task Force |
| 7. Day/Date/Time of Deployment: June 22, 2013 at 1840 hours | 8. Canine Handler: Detective Aaron Penman #579 | | 9. Canine: Harford County Task Force K-9 "Ginger" State ID # 2787 |
| 10. Name of suspect and Location of Deployment (complete address if possible): Lyndon Facisco Miller, 4509 Lyons Run Circle, Owings Mill, MD | | | 11. Sector: N/A |
| 12a. Number of Target Sniffs: 1 Vehicle | | 12b. Number of Blank Sniffs: 0 | |
| 12c. Total Search Time: Approximately 1 Minutes | | 12d. Number of Positive Alerts: 1 vehicle | |
| 12e. Type of Alert: Passive Sitting Alert | 12f. Narcotic Substance Found: $2237.00 700 grams of heroin | 13. Weather Condition: Evening, 80 degrees | 14. Type of Terrain: Apartment complex parking lot |

### 15. Narrative:

To conclude a lengthy telephonic investigation, the Harford County Task Force, assisted by Baltimore County Police Department executed a search and seizure warrant at Lyndon Millers residence of 4509 Lyons Run Circle in Owings Mill, Maryland. During the execution of the search warrant, Detective Penman exited the residence and walked outside to Lyndon Miller's Ford Fusion rental car bearing Pennsylvania registration JGT6613. There, Detective Gregory repositioned the rental car and parked it outside of the front of the apartment building to conduct a K-9 sniff with Task Force K-9 Ginger.

Detective Penman deployed his certified Narcotic Detector K-9 "Ginger" and commanded "Ginger" to sniff for the odor of controlled dangerous substances (CDS) from outside of the vehicle. Detective Penman directed "Ginger" to begin sniffing at the driver's front fender of the vehicle.

During the sniff, "Ginger" alerted to the presence of a controlled dangerous substance at the driver side door seam of the Ford Fusion rental vehicle bearing Pennsylvania registration JGT6613, while the doors were closed. Detective Penman clearly identified "Ginger's" alert by her change in sniffing pattern. "Ginger" began inhaling and exhaling deeper and more rapidly through her nostrils, focusing on locating the exact source of the CDS scent emerging from the door. Once "Ginger" pin pointed the source of CDS, she began to conduct a passive alert by sitting next to the rear driver side door.

"Ginger" is certified to detect the odor of Marijuana, Cocaine, Heroin, Methamphetamines and Ecstasy. This above described alert is an indication that one or more of these listed controlled dangerous substances are present or recently contaminated the area described above.

Next, the vehicle was search. Located in the vehicle was yellow Dollar General bag containing a brick of suspected heroin wrapped in plastic wrap. That brick was later found to weigh 700 grams. Also located in the vehicle was $2237 of United States Currency in the purse of Lydon Millers girlfriend and co-conspirator, Sophia Warmington.

| 16. Handler Signature/ID No: Det. Aaron Penman #579 | 17. Date Submitted: June, 2013 | 18: Reviewing Supervisor/ID No: |
|---|---|---|