Case 1:13-cr-00342-ELH   Document 114   Filed 9/3/14

United States District Court
For The District of Maryland

DISTRICT OF MARYLAND
2014 SEP 8 P 12:38
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

United States
v.                          :: Crim. No. ELH 13-0342
Lyndon Miller               :: Nex Date: 9/8/14
Defendant.

Defendant Lyndon Miller respectfully moves this Honorable Court to suppress wiretap evidence obtained on various interceptions over telephone numbers (336)-293-3772; (251)-421-4575; (724)-255-8960; (443)-252-1294; (302)-388-8195; (620)-388-3344; (302) 354-5789; (570)540-0509 and (301)501-2915 that in violation of 18§ USC 2518. Exh-A; (1)(b) -(4)(A)(b)

(1) They are no application or Ex Parte Order on the Above telephone Lines that Result in multiple search and seizure

(2) On 6th day of May 2013, on the application of Joseph I. Cassilly Judge Angela Eaves authorized the Ex Parte Order over telephone Number (443) 545-4592 That the person whose communication is to be intercepted is particularly describes as follows: See Pages. 3 and 4. Exh. B.

Case 1:13-cr-00342-ELH Document 112 Filed 9/3/14 Page 2 of 2

Wherefore, for the foregoing reasons and any others that may become apparent to the Court, Lyndon Miller respectfully requests that this Motion be Granted.

Dated: *Lyndon Miller*

9/3/14